# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DARIN ENGELHARDT,**
Appellant,

v.

**DEBORAH ENGELHARDT,**
Appellee.

No. 4D2025-0198

[December 10, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura C. Burkhart, Judge; L.T. Case No. 502019DR006089XXX.

Darin Engelhardt, Houston, Texas, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.  See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979).

GERBER, LEVINE and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***